**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DR. JACK W. STAMPS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO.  1:20-CV-1204** |
| **v.** | § | |
| | § | |
| **UNIVERSITY OF TEXAS AT AUSTIN,** | § | |
| | § | |
| **Defendant.** | § | **JURY DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.  These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

<u>Plaintiff</u>

Dr. Jack W. Stamps

Plaintiff is a former employee of University of Texas at Austin

<u>Counsel for Plaintiff</u>

Steven B. Thorpe
Carla S. Hatcher

Mr. Thorpe and Ms. Hatcher are attorneys with the law firm of Thorpe & Hatcher, in Dallas, Texas.

<u>Defendant</u>

University of Texas at Austin

Respectfully Submitted,


**THORPE & HATCHER**
4925 Greenville Ave., Suite 200
Dallas, Texas 75206
214/969-5500
thwlaw@airmail.net


By:   */s/Steven B. Thorpe*
       Steven B. Thorpe
       State Bar No. 19990500
       Carla S. Hatcher
       State Bar No. 09219500
       thwlaw@airmail.net


**ATTORNEYS FOR PLAINTIFF**