# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JACK W. STAMPS,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CASE NO. 1:20-CV-01204 |
| UNIVERSITY OF TEXAS AT AUSTIN,<br>    *Defendant*. | §<br>§<br>§<br>§ | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On this day, came to be considered Defendant's Motion to Dismiss. After due consideration of the motion, Plaintiff's response and the evidence presented, the Court finds that Defendant's Motion to Dismiss should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is hereby GRANTED. All claims against Defendant University of Texas at Austin are hereby DISMISSED with prejudice.

SIGNED this the _____ day of _____ 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE