**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DR. JACK W. STAMPS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-01204-LY |
| | § | |
| THE UNIVERSITY OF TEXAS AT | § | |
| AUSTIN, | § | |
| *Defendant.* | § | |

---

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW**
**AND SUBSTITUTE COUNSEL**

---

Defendant, The University of Texas – Austin, ("Defendant"), files this Unopposed Motion to Withdraw and Substitute Counsel. In support, Defendant states the following:

1.      Assistant Attorney General Dominique G. Stafford is currently listed as counsel for Defendant in the above-captioned cause.

2.      There is good cause to withdraw Ms. Stafford as counsel for Defendant because Ms. Stafford has accepted a position outside the Office of the Attorney General of Texas. The withdrawal will not delay these proceedings.

3.      Defendant requests that Assistant Attorney General Melinda Jane Wetzel be substituted as counsel for Defendant in this matter.

4.      Ms. Stafford should be removed from all correspondence and notifications in this matter, and Ms. Wetzel should be listed as counsel for Defendant and may be contacted through the information provided below:

1

MELINDA JANE WETZEL
Texas Bar No. 24115637
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
mindy.wetzel@oag.texas.gov

For the foregoing reasons, Defendant respectfully requests that the Court grant this motion

to withdraw Assistant Attorney General Dominique G. Stafford as counsel and substitute Assistant

Attorney General Melinda Jane Wetzel in the above-captioned cause.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

*/s/ Melinda J. Wetzel*
Melinda Jane Wetzel
Attorney-in-Charge
Texas Bar No.   24115637
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
mindy.wetzel@oag.texas.gov
**COUNSEL FOR DEFENDANT**

2

## CERTIFICATE OF CONFERENCE

I hereby certify that Plaintiff's counsel has been contacted regarding this motion and has advised that she is unopposed.

*/s/ Melinda J. Wetzel*
Melinda Jane Wetzel
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Steven B. Thorpe
Carla S. Hatcher
THORPE & HATCHER
4925 Greenville Ave., Suite 200
Dallas, Texas 75206
(214) 969-5500
steve@thorpehatcher.com
carla@thorpehatcher.com
**COUNSEL FOR PLAINTIFF**

*/s/ Melinda J. Wetzel*
Melinda Jane Wetzel
Assistant Attorney General

3

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| DR. JACK W. STAMPS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-01204-LY |
| | § | |
| THE UNIVERSITY OF TEXAS AT | § | |
| AUSTIN, | § | |
| *Defendant*. | § | |

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO**
**WITHDRAW AND SUBSTITUTE COUNSEL**

---

On this day came on to be considered Defendant's Unopposed Motion to Withdraw and Substitute Counsel. After due consideration of the motion, the Court finds that said motion is meritorious and should be GRANTED.

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw and Substitute Counsel is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall remove Ms. Stafford from the electronic service list and substitute Ms. Wetzel in this cause.

SIGNED this the _____ day of _____ 2021.


_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE