UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JACK W. STAMPS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 1:20-CV-1204 |
| v. | § | |
| | § | |
| UNIVERSITY OF TEXAS AT AUSTIN, et.al. | § | |
| | § | |
| Defendants. | § | JURY DEMANDED |

## MOTION OF COUNSEL FOR PLAINTIFF TO WITHDRAW

COME NOW Steven B. Thorpe and Carla S. Hatcher, counsel for Plaintiff Jack W. Stamps, filing this their Motion to Withdraw from Representation in the above-referenced case and would show the following:

1. Counsel for Plaintiff has conferred with Melinda J. Wetzell, Office of the Attorney General's office and counsel for all defendants, and she has advised that Defendants' do not oppose this motion.

2. Plaintiff Dr. Jack W. Stamps does not oppose this withdrawal and has so indicated by filing a Motion to Dismiss Counsel for Plaintiff.

3. Counsel for Plaintiff is advising Plaintiff of all current scheduling deadlines as set forth by the Court in its most recent scheduling order.

WHEREFORE, counsel for Plaintiff respectfully request that the honorable Court sign an order granting this motion and removing current counsel for Plaintiff as counsel of record in this case.

---
**PLAINTIFF'S COUNSEL MOTION TO DISMISS**

Respectfully Submitted,

**THORPE & HATCHER**
2549 Greenville Ave., Suite 200
Dallas, Texas 75206
214/969-5500
*thwlaw@airmail.net*

By:   */s/ Steven B. Thorpe*
     Steven B. Thorpe
     State Bar No. 19990500
     Carla S. Hatcher
     State Bar No. 09219500

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice to the following CM/ECF participants:

Melinda J. Wetzel
Texas Bar No. 24115637
Assistant Attorney General
General Litigation System
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120
FAX (512)-320-0667
Mindy.Wetzel@oag.texas.gov

*/s/ Steven B. Thorpe*
Steven B. Thorpe

___
**PLAINTIFF'S COUNSEL MOTION TO DISMISS**