UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DR. JACK W. STAMPS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-CV-01204-LY |
| | § | |
| THE UNIVERSITY OF TEXAS AT AUSTIN, | § § | |
| *Defendant*. | § | |

## JOINT MOTION FOR PROTECTIVE ORDER

The Parties, having conferred among themselves, respectfully move this Court to enter the proposed Protective Order attached as Exhibit 1. In support of this Motion, the Parties state that:

1. The Parties are engaging in discovery in this action in preparation for litigation in the above-styled cause.

2. The Parties acknowledge and agree that in the course of discovery, one or more of them may be called to produce documents that they believe are confidential in nature.

3. The proposed Protective Order is intended to provide protection relating to confidential information, documents, and materials containing the same.

Accordingly, the Parties respectfully request that the Court enter the proposed Protective Order.

Respectfully Submitted.

| | |
|---|---|
| THORPE & HATCHER | KEN PAXTON<br>Attorney General of Texas |
| By: */s/ Carla S. Hathcer*<br>**CARLA S. HATCHER**<br>State Bar No. 09219500<br>Steven B. Thorpe<br>State Bar No. 19990500<br>2549 Greenville Ave., Suite 200<br>Dallas, TX 75206<br>214/969-5500<br>thwlaw@airmail.net | BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>SHAWN COWLES<br>Deputy Attorney General for Civil Litigation |
| *Counsel for Plaintiff* | CHRISTOPHER D. HILTON<br>Chief for General Litigation Division<br><br>*/s/ William D. Wassdorf*<br>**WILLIAM D. WASSDORF**<br>Texas Bar No. 24103022<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 \| FAX: (512) 320-0667<br>will.wassdorf@oag.texas.gov<br><br>*Counsel for Defendant* |

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March 13, 2023, I conferred with counsel for Plaintiffs, who stated that Plaintiffs agree to join this motion.

/s/ <em>William D. Wassdorf</em><br>WILLIAM D. WASSDORF

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record on March 17, 2023, via the court's electronic filing system.

/s/ <em>William D. Wassdorf</em><br>WILLIAM D. WASSDORF