# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **DR. JACK W. STAMPS,** *Plaintiff* § § § | |
| v. § § | Case No. 1:20-CV-01204-SH |
| **THE UNIVERSITY OF TEXAS AT AUSTIN,** *Defendant* § § § § | |

## ORDER

Now before the Court is Plaintiff's Motion to Dismiss with Prejudice, filed June 9, 2023 (Dkt. 72).

The parties have informed the Court that they have reached a settlement agreement and all matters in controversy between the parties in the above-referenced cause have been fully and finally resolved. **IT IS ORDERED** that the Motion to Dismiss with Prejudice (Dkt. 72) is hereby **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice. It is further **ORDERED** that all costs shall be taxed against the party incurring the same. The Court will enter a Final Judgment in a separate order.

**SIGNED** on June 12, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE