# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **DR. JACK W. STAMPS,** *Plaintiff* | § § § |
| v. | § § Case No. 1:20-CV-01204-SH |
| **THE UNIVERSITY OF TEXAS AT AUSTIN,** *Defendant* | § § § § § |

## FINAL JUDGMENT

On this date, the Court granted Plaintiff's Motion to Dismiss with Prejudice (Dkt. 72), and dismissed all claims in this case with prejudice. Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all taxable costs of court will be taxed against the party incurring same.

**IT IS FINALLY ORDERED** that all settings are **CANCELED** and the case is **CLOSED**.

**SIGNED** on June 12, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE