**FILED**
January 08, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Christian Rodriguez___
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**DR. JACK W. STAMPS, JR.,**
**Plaintiff,**
vs.
**UNIVERSITY OF TEXAS AT AUSTIN,**
**Defendant.**

CIVIL ACTION NO. 1:20-cv-01204-SH

---

## MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Dr. Jack W. Stamps, Jr.**, Plaintiff in the above-captioned case, and respectfully requests the Court to allow substitution of counsel as follows:

1. **Substitution of Pro Se Representation**:
   - Plaintiff, **Dr. Jack W. Stamps, Jr.**, wishes to proceed pro se and will represent himself in this matter.
   - Plaintiff respectfully requests that **Carla S. Hatcher**, attorney of record, be removed from this case.

2. **Updated Contact Information**:
   - Plaintiff's contact information for future correspondence is as follows:
     - **Name**: Dr. Jack W. Stamps, Jr.
     - **Address**: 1229 Wiltshire Avenue, San Antonio, Texas 78209
     - **Phone**: (210) 849-5347
     - **Email**: jackwstamps@gmail.com

3. **Service of Documents**:
    - Plaintiff requests that all future notices, filings, and correspondence be directed to him at the contact information provided above.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Substitution of Counsel, allowing **Dr. Jack W. Stamps, Jr.** to proceed as a pro se litigant and removing **Carla S. Hatcher** as counsel of record.

Respectfully submitted,


/s/ **Dr. Jack W. Stamps, Jr.**
**Dr. Jack W. Stamps, Jr.**
1229 Wiltshire Avenue
San Antonio, Texas 78209
Telephone: (210) 849-5347
Email: [Insert Your Email Address]
**Pro Se Plaintiff**

**Certificate of Service**

I hereby certify that a copy of the foregoing Motion for Substitution of Counsel has been served upon all counsel of record via email on this January 8, 2025.

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov

/s/ **Dr. Jack W. Stamps, Jr.**
**Dr. Jack W. Stamps, Jr.**