RECEIVED
March 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____PG_____
                DEPUTY

Case 1:20-cv-01204-SH   Document 78   Filed 03/11/25   Page 1 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

DR. JACK W. STAMPS, JR.,
Plaintiff,

v.

UNIVERSITY OF TEXAS AT AUSTIN,
Defendant.

CIVIL ACTION NO. 1:20-cv-01204-SH

## NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO PLAINTIFF'S MOTION TO VOID SETTLEMENT AGREEMENT AND REQUEST FOR HEARING

TO THE HONORABLE MAGISTRATE JUDGE SUSAN HIGHTOWER:

COMES NOW, Plaintiff Dr. Jack W. Stamps, Jr., appearing pro se, and respectfully files this Notice of Defendant's Failure to Respond to Plaintiff's Motion to Void Settlement Agreement, filed on January 9, 2025.

Pursuant to the Local Rules of the Western District of Texas, Defendant University of Texas at Austin had fourteen (14) days to respond to Plaintiff's Motion. As of the date of this filing, more than two months have elapsed, and Defendant has not filed a response nor sought an extension of time to respond.

Therefore, Plaintiff respectfully requests that this Court:

1. Consider the Motion to Void Settlement Agreement unopposed, or, in the alternative,
2. Set this matter for a hearing at the Court's earliest convenience to address the pending motion.

Plaintiff remains available for any necessary scheduling or procedural coordination.

Respectfully submitted,

Dr. Jack W. Stamps, Jr.
Plaintiff pro se

1229 Wiltshire Avenue
San Antonio, Texas 78209
Telephone: (210) 849-5347
Email: jackwstamps@gmail.com
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice has been served upon counsel of record via email on this 10t day of March 2025, addressed to:

William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
Email: will.wassdorf@oag.texas.gov