**FILED**

April 12, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____  CC

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

DR. JACK W. STAMPS, JR.,
Plaintiff,
v.
**UNIVERSITY OF TEXAS AT AUSTIN,**
Defendant.

**Civil Action No. 1:20-cv-01204-SH**

**NOTICE OF NEWLY DISCOVERED EVIDENCE IN SUPPORT OF PLAINTIFF'S
MOTION TO VOID SETTLEMENT AGREEMENT PURSUANT TO FED. R. CIV.
P. 60(b)**

TO THE HONORABLE JUDGE SUSAN HIGHTOWER:

Plaintiff Dr. Jack W. Stamps, Jr., acting pro se, respectfully files this Notice of Newly Discovered Evidence in support of his pending Motion to Void Settlement Agreement [Dkt. 76], pursuant to Federal Rule of Civil Procedure 60(b).

Following submission of his motion, Plaintiff obtained additional materials via a Texas Public Information Act (TPIA) request which confirm that officials at the University of Texas at Austin—while engaging Plaintiff in confidential settlement discussions—simultaneously conducted undisclosed surveillance, reputational suppression, and content monitoring, escalating Plaintiff's expression to legal counsel. These actions were never disclosed during discovery or negotiation and directly reinforce Plaintiff's claims of fraudulent inducement and procedural misconduct in the settlement process. The newly discovered materials are appended hereto as Exhibit A.

## I. Summary of New Evidence (Exhibit A)

Exhibit A contains internal university emails dated between 2019 and 2023, involving College of Fine Arts officials including Assistant Dean Doreen Lorenzo and her staff. Although Ms. Lorenzo is not a named defendant in this matter, her

documented conduct is representative of the institution's internal approach to Plaintiff, and is relevant to the concealment, bias, and reputational harm at issue.

Key examples from Exhibit A include:

- "He is an ass." — Assistant Dean Lorenzo to staff (p. 13);
- "Too bad Jack's music is so bad otherwise we would be famous!" (p. 13);
- "And the music is bad!" (p. 15);
- "Wow…insanity rules his life." (p. 33);
- "Yes, he's blocked on Facebook & Instagram." (p. 32);
- "I deleted [his comments] all and blocked him from our page." (p. 33);
- "Just for the future, before you delete, take a screenshot and send it to me. I have to send it to the UT lawyers." — Lorenzo to staff (p. 33).

These internal communications, which Plaintiff did not and could not have known during settlement negotiations, reveal a pattern of prejudicial conduct, speech suppression, and covert institutional retaliation. They also reinforce Plaintiff's claims concerning the existence and operation of a reputational risk framework (BRAC), as previously alleged.

## II. Legal Relevance to Rule 60(b)

This newly surfaced evidence further supports relief under:

- Rule 60(b)(3) — for *fraud, misrepresentation, or misconduct by an opposing party*, and
- Rule 60(b)(6) — for *extraordinary circumstances that justify relief*.

Courts recognize that material facts concealed during settlement—especially when tied to reputational and procedural suppression—warrant post-judgment relief. The concealment of this evidence deprived Plaintiff of the opportunity to meaningfully evaluate the fairness and consequences of the agreement. It further taints the judicial integrity of a settlement obtained through bad faith omissions.

Relevant authorities include:

- *Paul v. Davis*, 424 U.S. 693 (1976) (reputational liberty interests);
- *Town of Newton v. Rumery*, 480 U.S. 386 (1987) (public policy against coerced settlements);
- *Patterson v. McLean Credit Union*, 491 U.S. 164, 177 (1989) (fraudulent concealment).

## III. Requested Action

Plaintiff respectfully requests that the Court:

1. Accept and consider the newly obtained materials submitted here as Exhibit A;
2. Incorporate this evidence into the record supporting the pending Motion to Void Settlement Agreement [Dkt. 76];
3. Grant Plaintiff's request for an evidentiary hearing or supplemental briefing, if deemed appropriate;
4. And provide all such further relief as is just and proper under the circumstances.

Respectfully submitted,
/s/ Dr. Jack W. Stamps, Jr.
1229 Wiltshire Avenue
San Antonio, TX 78209
(210) 849-5347
jackwstamps@gmail.com
Pro Se Plaintiff

# Exhibit A:

# Redacted Internal University Communications Obtained via TPIA Request

From: "Stamps, Jack" <jstamps@austin.utexas.edu>

To: "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>

"Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>

CC: "Creswick, Timothy J" <timcreswick@austin.utexas.edu>

"Perez, Carolina" <carolina.perez@austin.utexas.edu>

Date: 4/13/2018 4:45:51 PM

Subject: Re: Unfortunate Report: CONFIDENTIAL

Hi.

I don't think it is pure supposition. In February, when I asked for some more details about Dax' copyright infringement claims, Cameron told me that Dax was also complaining quite expressively to him about the relationship in question. Cameron told me he told Dax that it was all taken care of (assuming meaning mitigation plan) and that HR knew Anyway, didn't want to involve Cameron but this is more than supposition.

And, of course, I have on LAITS video Dax talking extensively about the CARSON collaboration he claimed was a © infringement.

---

**From:** "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:59 PM
**To:** Jack <jstamps@austin.utexas.edu>, "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina"
<carolina.perez@austin.utexas.edu>
**Subject:** Re: Unfortunate Report: CONFIDENTIAL

This of course, it utterly untrue. Jack had very little say in the hiring of Carolina Perez as this was a joint hire between Theater & Dance and Arts and Entertainment Technologies. It was negotiated entirely by myself and Brant Pope (and Bill Bloodgood).
At no time did Jack influence or coerce or in any other way interfere with that process.

Their relationship began many weeks after she was hired. Furthermore, all steps were taken to ensure that the relationship was properly reported to me, the Dean of the College and, ultimately, the Provost. We all signed off on that document.

All decisions regarding course assignments are made between myself, T&D and Carolina, not by Jack (though of course they talk about this stuff).
I have been extremely careful to carry out the rules to the letter.

I have no idea how to proceed here. But I can say that the complaint is utterly without foundation. It would be pure supposition to state that it came from Dax Norman though I suspect that could be determined. I am hopeful it is not the case.

Sincerely,

BRUCE PENNYCOOK, DMA.
Professor of Music Composition
**Chair, The Department of Arts and Entertainment Technologies**
**The School of Design and Creative Technologies**
**The University of Texas at Austin** | College of Fine Arts | 512.466-1840 (cell)
caet.finearts.utexas.edu |pennycook.music.utexas.edu | brucepennycook.

---

**From:** "Stamps, Jack" <jstamps@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:48 PM
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>, "Pennycook, Bruce W"
<bpennycook@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina"
<carolina.perez@austin.utexas.edu>
**Subject:** Unfortunate Report: CONFIDENTIAL

Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw-dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System of Texas, ███████████████████████. This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ██████████████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ████████ that works for ERST is ████████████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ██████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack

From: "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
To: "Stamps, Jack" <jstamps@austin.utexas.edu>
"Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
CC: "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
"Perez, Carolina" <carolina.perez@austin.utexas.edu>
Date: 4/13/2018 4:00:21 PM
Subject: Re: Unfortunate Report: CONFIDENTIAL

Jack and Carolina,

I am sorry that you had to be subject to this. Bruce and I will sit down with Tim to discuss. Thank you for bringing it to our attention.

best,
Doreen

**From:** Stamps, Jack
**Sent:** Friday, April 13, 2018 3:52:08 PM
**To:** Lorenzo, Doreen; Pennycook, Bruce W
**Cc:** Creswick, Timothy J; Perez, Carolina
**Subject:** Re: Unfortunate Report: CONFIDENTIAL

One other thing. Attached is the registry of the IP address to ERST.
Jack

**From:** Jack <jstamps@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:48 PM
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>, "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina" <carolina.perez@austin.utexas.edu>
**Subject:** Unfortunate Report: CONFIDENTIAL

Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System of Texas, where ███████████████████. This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ███████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ████████████ that works for ERST is ███████████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ██████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the

complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries
/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack

From: "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>

To: "Stamps, Jack" <jstamps@austin.utexas.edu>

"Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>

CC: "Creswick, Timothy J" <timcreswick@austin.utexas.edu>

"Perez, Carolina" <carolina.perez@austin.utexas.edu>

Date: 4/13/2018 3:59:53 PM

Subject: Re: Unfortunate Report: CONFIDENTIAL

---

This of course, it utterly untrue. Jack had very little say in the hiring of Carolina Perez as this was a joint hire between Theater & Dance and Arts and Entertainment Technologies. It was negotiated entirely by myself and Brant Pope (and Bill Bloodgood).
At no time did Jack influence or coerce or in any other way interfere with that process.

Their relationship began many weeks after she was hired. Furthermore, all steps were taken to ensure that the relationship was properly reported to me, the Dean of the College and, ultimately, the Provost. We all signed off on that document.

All decisions regarding course assignments are made between myself, T&D and Carolina, not by Jack (though of course they talk about this stuff).
I have been extremely careful to carry out the rules to the letter.

I have no idea how to proceed here. But I can say that the complaint is utterly without foundation. It would be pure supposition to state that it came from Dax Norman though I suspect that could be determined. I am hopeful it is not the case.

Sincerely,

BRUCE PENNYCOOK, DMA.
Professor of Music Composition
**Chair, The Department of Arts and Entertainment Technologies**
**The School of Design and Creative Technologies**
**The University of Texas at Austin** | College of Fine Arts | 512.466-1840 (cell)
caet.finearts.utexas.edu |pennycook.music.utexas.edu | brucepennycook.

---

**From:** "Stamps, Jack" <jstamps@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:48 PM
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>, "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina" <carolina.perez@austin.utexas.edu>
**Subject:** Unfortunate Report: CONFIDENTIAL

Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw-dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System

of Texas, where ████████████████████████. This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ████████████████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ████████████ that works for ERST is ████████████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ██████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack

**From:** "Stamps, Jack" <jstamps@austin.utexas.edu>
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
"Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
**CC:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
"Perez, Carolina" <carolina.perez@austin.utexas.edu>
**Date:** 4/13/2018 3:52:08 PM
**Subject:** Re: Unfortunate Report: CONFIDENTIAL
**Attachments:** Whois-RWS_ERST_IP address.pdf

---

One other thing. Attached is the registry of the IP address to ERST.
Jack

---

**From:** Jack <jstamps@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:48 PM
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>, "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina" <carolina.perez@austin.utexas.edu>
**Subject:** Unfortunate Report: CONFIDENTIAL

Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System of Texas, where ███████████████████████. This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ███████████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ███████████ that works for ERST is ███████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ██████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack

## WHOIS-RWS

You searched for: **192.149.125.1**

| Network | |
|---|---|
| Net Range | 192.149.125.0 - 192.149.125.255 |
| CIDR | 192.149.125.0/24 |
| Name | ERSNETWORK |
| Handle | NET-192-149-125-0-1 |
| Parent | NET192 (NET-192-0-0-0-0) |
| Net Type | Direct Assignment |
| Origin AS | |
| Organization | Employees Retirement System of Texas (ERST) |
| Registration Date | 1992-03-10 |
| Last Updated | 2013-10-16 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-192-149-125-0-1 |

| Function | Point of Contact |
|---|---|
| Tech | SYSTE114-ARIN (SYSTE114-ARIN) |
| Abuse | SYSTE114-ARIN (SYSTE114-ARIN) |
| NOC | SYSTE114-ARIN (SYSTE114-ARIN) |

| See Also | Related organization's POC records. |
|---|---|
| See Also | Related delegations. |

| Organization | |
|---|---|
| Name | Employees Retirement System of Texas |
| Handle | ERST |
| Street | 200 E 18th Street |
| City | Austin |
| State/Province | TX |
| Postal Code | 78701 |
| Country | US |
| Registration Date | 1992-03-10 |
| Last Updated | 2013-10-16 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/org/ERST |

| Function | Point of Contact |
|----------|------------------|
| Tech | SYSTE114-ARIN (SYSTE114-ARIN) |
| Admin | SYSTE114-ARIN (SYSTE114-ARIN) |
| Abuse | SYSTE114-ARIN (SYSTE114-ARIN) |

**Point of Contact**

| | |
|--|--|
| Name | Systems Admin |
| Handle | SYSTE114-ARIN |
| Company | Employees Retirement System of Texas |
| Street | 200 E 18th Street |
| City | Austin |
| State/Province | TX |
| Postal Code | 78701 |
| Country | US |
| Registration Date | 2005-08-15 |
| Last Updated | 2017-09-20 |
| Comments | |
| Phone | +1-512-867-7733 (Office) |
| Email | telecom@ers.texas.gov |
| RESTful Link | https://whois.arin.net/rest/poc/SYSTE114-ARIN |

From:    "Stamps, Jack" <jstamps@austin.utexas.edu>
To:      "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
         "Pennycook, Bruce W" <bpennycook@austin.utexas.edu>
CC:      "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
         "Perez, Carolina" <carolina.perez@austin.utexas.edu>
Date:    4/13/2018 3:48:53 PM
Subject: Unfortunate Report: CONFIDENTIAL
Attachments: Memo Style_Redacted[2].pdf

---

Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw-dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System of Texas, where ███████████████████████. This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ███████████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ███████████████ that works for ERST is ███████████████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ██████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack

**From:** Office for Inclusion and Equity
**Sent:** Tuesday, January 2, 2018 9:15 AM
**To:** Office for Inclusion and Equity <oie@austin.utexas.edu>
**Subject:** RE: Office of Institutional Equity Data Intake Form

**Recipient Data:**
**Time Finished:** 2017-12-29 11:08:14 CST
**IP:** 192.149.125.1
**ResponseID:** R_3JyH5oM8gIv3t8Z
**Link to View Results:**
**URL to View Results:**

---

**Response Summary:**

NAME:
  confidential

HOME ADDRESS:
  confidential

PHONE:

UT DEPARTMENT:
  School of design and creative technologies

I am a:
  UT Employee

REFERRED BY:
  austin american statesman article

Have you been to this office previously?
  No

Please briefly describe why you are visiting the Office for Inclusion and Equity:
   i need to report sexual misconduct and inappropriate consensual relationship. jack stamps is having a relationship with carolina perez. jack stamps is carolina's boss. he may have forced carolina to have a sexual relationship with him to get the job at ut and she has to keep the relationship to keep her job and good performance evaluation. i believe other staff and faculty are aware.

NAME:
   jack stamps

JOB TITLE:
   professor

DEPARTMENT:
   center for arts and entertainment technology

Earliest:
   august 2017

Latest:
   december 2017

Continuing Harm:
   Yes

BASIS OF HARM:
   Sexual Misconduct

EMPLOYMENT or ACADEMIC HARM: (If Applicable)
   Other: -- ut website said staff must report violations

INITIALS:
   xxx

DATE:
   29 dec 2017

Click to write the question text
   Click to write Choice 1

From:     "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>

To:       "Baker, Michael" <michael.baker@austin.utexas.edu>

Date:     10/30/2019 10:31:50 AM

Subject:  Fw: JS Facebook Post

---

too bad Jack's music is so bad otherwise we would be famous!

**DOREEN LORENZO**, Assistant Dean
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts
| 512-471-5446| designcreativetech.utexas.edu

---

**From:** Weed, Cameron M <cweed@austin.utexas.edu>
**Sent:** Wednesday, October 30, 2019 10:24 AM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

Hello Doreen,

The song titles get a little more pointed on his Soundcloud page: https://soundcloud.com/mc-debris. "Ted Talks Boreen Talks Ted Sleeps (sketch)" and "Convention Badge Collection in Plain View(sketch)".

Sincerely,

**CAMERON M. WEED**, Executive Assistant
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts | 512-232-1773 |
designcreativetech.utexas.edu

**From:** Doreen Lorenzo <doreen.lorenzo@austin.utexas.edu>
**Date:** Wednesday, October 30, 2019 at 10:21 AM
**To:** "Weed, Cameron M" <cweed@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

He is an ass

**DOREEN LORENZO**, Assistant Dean
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts
| 512-471-5446| designcreativetech.utexas.edu

---

**From:** Weed, Cameron M <cweed@austin.utexas.edu>
**Sent:** Wednesday, October 30, 2019 10:14 AM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

Hello Doreen,



Sincerely,

**CAMERON M. WEED**, Executive Assistant
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts | 512-232-1773 | designcreativetech.utexas.edu

**From:** Doreen Lorenzo <doreen.lorenzo@austin.utexas.edu>
**Date:** Tuesday, October 15, 2019 at 1:37 PM
**To:** "Weed, Cameron M" <cweed@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

he's more frantic. OnRamps just sent him his notice...

**DOREEN LORENZO**, Assistant Dean
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts | 512-471-5446| designcreativetech.utexas.edu

**From:** Weed, Cameron M <cweed@austin.utexas.edu>
**Sent:** Tuesday, October 15, 2019 11:56 AM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

Hello Doreen,

He has been posting more frequently lately:



Sincerely,

**CAMERON M. WEED**, Executive Assistant
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts | 512-232-1773 |
designcreativetech.utexas.edu

**From:** Doreen Lorenzo <doreen.lorenzo@austin.utexas.edu>
**Date:** Monday, October 14, 2019 at 6:40 PM
**To:** "Weed, Cameron M" <cweed@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

And the music is bad!

**DOREEN LORENZO**, Assistant Dean
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts
| 512-471-5446| designcreativetech.utexas.edu

**From:** Weed, Cameron M <cweed@austin.utexas.edu>
**Sent:** Monday, October 14, 2019 6:25 PM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: JS Facebook Post

Hello Doreen,

Soundcloud: https://soundcloud.com/mc-debris/sets/la-lente-combustion-de-lhomme

**Jack W Stamps**
54 mins · 👥

⋯

Dearest FaceHuggers. I invite you to follow the progress of this pop-up, emergent album that channels the shit I have been subjected to over the past 2 years. Also, French experts -- is there a really good translation for the English phrase, "slow burn"? All I have is, "lente combustion".



SOUNDCLOUD.COM
**la lente combustion de l'homme infini (sketches and textures)**
Listen to la lente combustion de l'homme infini (sketches and textures) by...

👍 3

👍 Like          💬 Comment          ↪ Share

Write a comment...                          😊 📷 GIF 🏷
Press Enter to post.

Sincerely,

**CAMERON M. WEED**, Executive Assistant
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts | 512-232-1773 |
designcreativetech.utexas.edu

---

**From:** "Weed, Cameron M" <cweed@austin.utexas.edu>
**Date:** Tuesday, October 8, 2019 at 10:00 AM
**To:** Doreen Lorenzo <doreen.lorenzo@austin.utexas.edu>
**Subject:** JS Facebook Post

Hello Doreen,



Sincerely,

**CAMERON M. WEED**, Executive Assistant
The University of Texas at Austin | School of Design and Creative Technologies | College of Fine Arts | 512-232-1773 |
designcreativetech.utexas.edu

From: "UT Austin Open Records" <utexas@mycusthelp.net>

To: timcreswick@austin.utexas.edu

Date: 11/2/2021 4:11:04 PM

Subject: [GovQA] Activity Assignment on Request R002233-101921

---

**An Activity has been assigned to you on Request R002233-101921**

Please use the following guide to determine how your office should respond. **If you have questions, contact Bob Davis directly at 512-471-3567 or David Ocean directly at 512-471-1424.**

1. If the request is unclear,

- describe what clarification is needed in the Activity Notes box
- enter 0 minutes in the time field and select the 'Clarification Needed' Time Category.
- Click the 'Save and Send' button.

2. If locating and providing the responsive information will require more than 5 hours of staff labor, more than 4 hours of programming (actual coding), or more than 1000 pages of copies or scans,

- write "cost estimate" into the Activity Notes box
- enter your best guess of the total amount of staff time that will be required in the Activity Time field, and select the Estimated Time Category.
- Click the 'Save and Send' button.

3. If neither 1 or 2 apply, attach any responsive files below (if the files exceed 500 MB, please send via UTBox), enter the amount of staff time that was required in Activity Time field, and select the Actual Time Category, and Click the 'Save and Send' button.

**Activity Due Date: 11/9/2021**

Requested Information: I request all email records between UT Austin Administration, College of Fine Arts ("COFA") Dean Ramon Rivera-Severa, COFA Assistant Dean Doreen Lorenzo, previous COFA Dean Doug Dempster, COFA Executive Assistant Tim Creswick, Arts and Entertainment Technologies Chair Michael Baker and Department of Design Chair Kate Canales, Instructor Samuel Lipman and any member of the COFA faculty and staff instructed by COFA Administration to report information regarding Dr. Jack W Stamps' personal comments on social media (Facebook, Messenger, etc) regarding UT Austin to include, but not limited to, communications from COFA Administration to faculty and staff about when and how to report Stamps' social media comments, the actual reporting of Stamps' social media comments COFA Administration's reporting of said comments to UT Administration.

**CLICK HERE TO COMPLETE ACTIVITY ASSIGNMENT**

---

**This is an auto-generated email and has originated from an unmonitored email account. Please DO NOT REPLY**



From: "Creswick, Timothy J" <timcreswick@austin.utexas.edu>

To: "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>

"Baker, Michael" <michael.baker@austin.utexas.edu>

Date: 11/3/2021 5:28:59 PM

Subject: Open Records Request 3

Doreen and Michael,

I need your help with an open records request. This is number 3 of 3. This one isn't due until 11/9.

> Requested Information: I request all email records between UT Austin Administration, College of Fine Arts ("COFA") Dean Ramon Rivera-Severa, COFA Assistant Dean Doreen Lorenzo, previous COFA Dean Doug Dempster, COFA Executive Assistant Tim Creswick, Arts and Entertainment Technologies Chair Michael Baker and Department of Design Chair Kate Canales, Instructor Samuel Lipman and any member of the COFA faculty and staff instructed by COFA Administration to report information regarding Dr. Jack W Stamps' personal comments on social media (Facebook, Messenger, etc) regarding UT Austin to include, but not limited to, communications from COFA Administration to faculty and staff about when and how to report Stamps' social media comments, the actual reporting of Stamps' social media comments COFA Administration's reporting of said comments to UT Administration. This is for the timeframe 8/3/2020 to 10/19/2021.

I think this is referring to that one time Jack wrote a song and posted it online about his experiences at UT Austin. Are there other pertinent things I am forgetting about responsive to this?

Not counting Ramón, there are six individuals named who I think would need to search for records. So, I estimate this one is going to take at least an hour each for all six, plus two hours or so to compile, so I would like to respond saying this will take 8 hours to do and await further instruction.

Can you advise on my time estimate before I send it in?

Tim

**TIM CRESWICK,** Executive Assistant, Office for Faculty Advancement | pronouns: he/him/his
The University of Texas at Austin | College of Fine Arts | 512-232-4629 | timcreswick@austin.utexas.edu

From:  "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>

To:  "Creswick, Timothy J" <timcreswick@austin.utexas.edu>

"Baker, Michael" <michael.baker@austin.utexas.edu>

Date:  11/3/2021 6:27:25 PM

Subject:  Re: Open Records Request 3

Yes, easily 8 hours to search.

---

**From:** Creswick, Timothy J <timcreswick@austin.utexas.edu>
**Date:** Wednesday, November 3, 2021 at 5:29 PM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>, Baker, Michael <michael.baker@austin.utexas.edu>
**Subject:** Open Records Request 3

Doreen and Michael,

I need your help with an open records request. This is number 3 of 3. This one isn't due until 11/9.

> Requested Information: I request all email records between UT Austin Administration, College of Fine Arts ("COFA") Dean Ramon Rivera-Severa, COFA Assistant Dean Doreen Lorenzo, previous COFA Dean Doug Dempster, COFA Executive Assistant Tim Creswick, Arts and Entertainment Technologies Chair Michael Baker and Department of Design Chair Kate Canales, Instructor Samuel Lipman and any member of the COFA faculty and staff instructed by COFA Administration to report information regarding Dr. Jack W Stamps' personal comments on social media (Facebook, Messenger, etc) regarding UT Austin to include, but not limited to, communications from COFA Administration to faculty and staff about when and how to report Stamps' social media comments, the actual reporting of Stamps' social media comments COFA Administration's reporting of said comments to UT Administration. This is for the timeframe 8/3/2020 to 10 /19/2021.

I think this is referring to that one time Jack wrote a song and posted it online about his experiences at UT Austin. Are there other pertinent things I am forgetting about responsive to this?

Not counting Ramón, there are six individuals named who I think would need to search for records. So, I estimate this one is going to take at least an hour each for all six, plus two hours or so to compile, so I would like to respond saying this will take 8 hours to do and await further instruction.

Can you advise on my time estimate before I send it in?

Tim

**TIM CRESWICK,** Executive Assistant, Office for Faculty Advancement | pronouns: he/him/his
The University of Texas at Austin | College of Fine Arts | 512-232-4629 | timcreswick@austin.utexas.edu

From:       "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
To:         "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
Date:       2/18/2022 11:02:26 AM
Subject:    FW: Unfortunate Report: CONFIDENTIAL
Attachments: Memo Style_Redacted[2].pdf
            Whois-RWS_ERST_IP address.pdf

---

Here is the only email I have about the subject. Thanks. d

# Forwarded Conversation
## Subject: Unfortunate Report: CONFIDENTIAL
------------------------

From: **Stamps, Jack** <jstamps@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 3:48 PM
To: Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>, Pennycook, Bruce W <bpennycook@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina <carolina.perez@austin.utexas.edu>


Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System of Texas, where ███████████████████████, This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ███████████████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ███████████████ that works for ERST is ███████████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ██████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack


----------
From: **Stamps, Jack** <jstamps@austin.utexas.edu>

Date: Fri, Apr 13, 2018 at 3:52 PM
To: Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>, Pennycook, Bruce W
<bpennycook@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina
<carolina.perez@austin.utexas.edu>


One other thing. Attached is the registry of the IP address to ERST.
Jack


----------
From: **Pennycook, Bruce W** <bpennycook@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 3:59 PM
To: Stamps, Jack <jstamps@austin.utexas.edu>, Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina
<carolina.perez@austin.utexas.edu>


This of course, it utterly untrue. Jack had very little say in the hiring of Carolina Perez as this was a joint hire
between Theater & Dance and Arts and Entertainment Technologies. It was negotiated entirely by myself and
Brant Pope (and Bill Bloodgood).
At no time did Jack influence or coerce or in any other way interfere with that process.

Their relationship began many weeks after she was hired. Furthermore, all steps were taken to ensure that the
relationship was properly reported to me, the Dean of the College and, ultimately, the Provost. We all signed
off on that document.

All decisions regarding course assignments are made between myself, T&D and Carolina, not by Jack (though
of course they talk about this stuff).
I have been extremely careful to carry out the rules to the letter.

I have no idea how to proceed here. But I can say that the complaint is utterly without foundation. It would be
pure supposition to state that it came from Dax Norman though I suspect that could be determined. I am
hopeful it is not the case.

Sincerely,

BRUCE PENNYCOOK, DMA.
Professor of Music Composition
**Chair, The Department of Arts and Entertainment Technologies**
**The School of Design and Creative Technologies**
**The University of Texas at Austin** | College of Fine Arts | 512.466-1840 (cell)
caet.finearts.utexas.edu |pennycook.music.utexas.edu | brucepennycook.

---

**From:** "Stamps, Jack" <jstamps@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:48 PM
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>, "Pennycook, Bruce W"
<bpennycook@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina"
<carolina.perez@austin.utexas.edu>
**Subject:** Unfortunate Report: CONFIDENTIAL

Hello Doreen and Bruce,


----------
From: **Stamps, Jack** <jstamps@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 4:45 PM
To: Pennycook, Bruce W <bpennycook@austin.utexas.edu>, Lorenzo, Doreen
<doreen.lorenzo@austin.utexas.edu>

Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina <carolina.perez@austin.utexas.edu>

Hi.

I don't think it is pure supposition. In February, when I asked for some more details about Dax' copyright infringement claims, Cameron told me that Dax was also complaining quite expressively to him about the relationship in question. Cameron told me he told Dax that it was all taken care of (assuming meaning mitigation plan) and that HR knew. Anyway, didn't want to involve Cameron but this is more than supposition.

And, of course, I have on LAITS video Dax talking extensively about the CARSON collaboration he claimed was a © infringement.

**From:** Office for Inclusion and Equity
**Sent:** Tuesday, January 2, 2018 9:15 AM
**To:** Office for Inclusion and Equity <oie@austin.utexas.edu>
**Subject:** RE: Office of Institutional Equity Data Intake Form

**Recipient Data:**
**Time Finished:** 2017-12-29 11:08:14 CST
**IP:** 192.149.125.1
**ResponseID:** R_3JyH5oM8gIv3t8Z
**Link to View Results:**
**URL to View Results:**

---

**Response Summary:**

NAME:
  confidential

HOME ADDRESS:
  confidential

PHONE:

UT DEPARTMENT:
  School of design and creative technologies

I am a:
  UT Employee

REFERRED BY:
  austin american statesman article

Have you been to this office previously?
  No

1

Please briefly describe why you are visiting the Office for Inclusion and Equity:
  i need to report sexual misconduct and inappropriate consensual relationship. jack stamps is having a relationship with carolina perez. jack stamps is carolina's boss. he may have forced carolina to have a sexual relationship with him to get the job at ut and she has to keep the relationship to keep her job and good performance evaluation. i believe other staff and faculty are aware.

NAME:
  jack stamps

JOB TITLE:
  professor

DEPARTMENT:
  center for arts and entertainment technology

Earliest:
  august 2017

Latest:
  december 2017

Continuing Harm:
  Yes

BASIS OF HARM:
  Sexual Misconduct

EMPLOYMENT or ACADEMIC HARM: (If Applicable)
  Other: -- ut website said staff must report violations

INITIALS:
  xxx

DATE:
  29 dec 2017

Click to write the question text
  Click to write Choice 1

Page 76  http://whois.arin.net/rest/net/NET-192-149-125-0-1/pft?s=192.149....

## WHOIS-RWS

You searched for: **192.149.125.1**

### Network

| | |
|---|---|
| Net Range | 192.149.125.0 - 192.149.125.255 |
| CIDR | 192.149.125.0/24 |
| Name | ERSNETWORK |
| Handle | NET-192-149-125-0-1 |
| Parent | NET192 (NET-192-0-0-0-0) |
| Net Type | Direct Assignment |
| Origin AS | |
| Organization | Employees Retirement System of Texas (ERST) |
| Registration Date | 1992-03-10 |
| Last Updated | 2013-10-16 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-192-149-125-0-1 |

| Function | Point of Contact |
|---|---|
| Tech | SYSTE114-ARIN (SYSTE114-ARIN) |
| Abuse | SYSTE114-ARIN (SYSTE114-ARIN) |
| NOC | SYSTE114-ARIN (SYSTE114-ARIN) |

| | |
|---|---|
| See Also | Related organization's POC records. |
| See Also | Related delegations. |

### Organization

| | |
|---|---|
| Name | Employees Retirement System of Texas |
| Handle | ERST |
| Street | 200 E 18th Street |
| City | Austin |
| State/Province | TX |
| Postal Code | 78701 |
| Country | US |
| Registration Date | 1992-03-10 |
| Last Updated | 2013-10-16 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/org/ERST |

Page 7   https://whois.arin.net/rest/net/NET-192-149-125-0-1/pft?s=192.149....

| Function | Point of Contact |
|---|---|
| Tech | SYSTE114-ARIN (SYSTE114-ARIN) |
| Admin | SYSTE114-ARIN (SYSTE114-ARIN) |
| Abuse | SYSTE114-ARIN (SYSTE114-ARIN) |

| Point of Contact | |
|---|---|
| Name | Systems Admin |
| Handle | SYSTE114-ARIN |
| Company | Employees Retirement System of Texas |
| Street | 200 E 18th Street |
| City | Austin |
| State/Province | TX |
| Postal Code | 78701 |
| Country | US |
| Registration Date | 2005-08-15 |
| Last Updated | 2017-09-20 |
| Comments | |
| Phone | +1-512-867-7733 (Office) |
| Email | telecom@ers.texas.gov |
| RESTful Link | https://whois.arin.net/rest/poc/SYSTE114-ARIN |

| | |
|---|---|
| From: | "Creswick, Timothy J" <timcreswick@austin.utexas.edu> |
| To: | "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu> |
| Date: | 2/21/2022 10:19:39 AM |
| Subject: | Re: Unfortunate Report: CONFIDENTIAL |

Thank you!

Tim

---

**From:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
**Date:** Friday, February 18, 2022 at 10:02 AM
**To:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
**Subject:** FW: Unfortunate Report: CONFIDENTIAL

Here is the only email I have about the subject. Thanks. d

# Forwarded Conversation
**Subject: Unfortunate Report: CONFIDENTIAL**
------------------------

From: **Stamps, Jack** <jstamps@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 3:48 PM
To: Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>, Pennycook, Bruce W
<bpennycook@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina
<carolina.perez@austin.utexas.edu>

Hello Doreen and Bruce,

About 10 days ago I got an email from a lawyer in the Office of Inclusion and Equity (OIE) that there was a serious matter that needed to be discussed. After speaking with the guy on the phone, he told me that someone had submitted an anonymous complaint through their office about the relationship between me and Carolina. The details he gave me over the phone were jaw dropping. Words like "sexual misconduct", insinuating that Carolina was working under duress and abuse as my subordinate.

I contacted my lawyer and another Austin referred to me by my San Antonio lawyer. Upon their advice, CP and I went to the OIE this morning to get to the bottom of this. A few more details were filled in for us. And by the time we returned home, the OIE representative we spoke with, Yulanda L McCarty Harris, had emailed both of us a PDF of the incident report. Attached here. The details of the complainant were redacted but it included an IP address from the complainant.

The IP address of the computer the complaint was sent from is owned by the Employees Retirement System of Texas, where ██████████████████. This was a little difficult to piece together. I had suspected it was my ex. I remembered Dax telling me ███████ the state retirement near campus and that rang a bell when I saw that ERST owns the IP address associated with the complaint. It was also easy to finally confirm that ██████████ that works for ERST is ██████████ Dax. By way of FaceBook, Linkedin, etc.

Please read the complaint in the PDF. It is disgustingly insulting to both of us, equally. It reads very sprawling and rambling like Dax but it does seem to come from ████ office downtown.

I do not know what to do next except to say that if it is Dax, in my opinion, he needs immediate medical attention. I care for him very much but needless to say, Carolina and I DO NOT feel comfortable working alongside a person who could have filed this complaint. Even if there is some illness at the heart of it. It was hard enough to turn my back on Dax' irrational and hurtful claims that I violated some sort of phantom copyright with his work. He attempted to sabotage a major piece of music making of mine and now, looks like he tried to get me and Carolina both fired. Note the Austin American Statesman article cited in the complaint. It was published A DAY before this complaint was filed:

https://www.mystatesman.com/news/computer-chief-chemistry-prof-quit-amid-sexual-misconduct-inquiries
/PBHBtdGfaxUAPA2MaPgT7L/

With a heavy heart,
Jack


----------
From: **Stamps, Jack** <jstamps@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 3:52 PM
To: Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>, Pennycook, Bruce W
<bpennycook@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina
<carolina.perez@austin.utexas.edu>


One other thing. Attached is the registry of the IP address to ERST.
Jack


----------
From: **Pennycook, Bruce W** <bpennycook@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 3:59 PM
To: Stamps, Jack <jstamps@austin.utexas.edu>, Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina
<carolina.perez@austin.utexas.edu>


This of course, it utterly untrue. Jack had very little say in the hiring of Carolina Perez as this was a joint hire between Theater & Dance and Arts and Entertainment Technologies. It was negotiated entirely by myself and Brant Pope (and Bill Bloodgood).
At no time did Jack influence or coerce or in any other way interfere with that process.

Their relationship began many weeks after she was hired. Furthermore, all steps were taken to ensure that the relationship was properly reported to me, the Dean of the College and, ultimately, the Provost. We all signed off on that document.

All decisions regarding course assignments are made between myself, T&D and Carolina, not by Jack (though of course they talk about this stuff).
I have been extremely careful to carry out the rules to the letter.

I have no idea how to proceed here. But I can say that the complaint is utterly without foundation. It would be pure supposition to state that it came from Dax Norman though I suspect that could be determined. I am hopeful it is not the case.

Sincerely,

BRUCE PENNYCOOK, DMA.
Professor of Music Composition
**Chair, The Department of Arts and Entertainment Technologies**
**The School of Design and Creative Technologies**
**The University of Texas at Austin** | College of Fine Arts | 512.466-1840 (cell)
caet.finearts.utexas.edu |pennycook.music.utexas.edu | brucepennycook.


**From:** "Stamps, Jack" <jstamps@austin.utexas.edu>
**Date:** Friday, April 13, 2018 at 3:48 PM
**To:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>, "Pennycook, Bruce W"
<bpennycook@austin.utexas.edu>
**Cc:** "Creswick, Timothy J" <timcreswick@austin.utexas.edu>, "Perez, Carolina"
<carolina.perez@austin.utexas.edu>
**Subject:** Unfortunate Report: CONFIDENTIAL

Hello Doreen and Bruce,

----------
From: **Stamps, Jack** <jstamps@austin.utexas.edu>
Date: Fri, Apr 13, 2018 at 4:45 PM
To: Pennycook, Bruce W <bpennycook@austin.utexas.edu>, Lorenzo, Doreen
<doreen.lorenzo@austin.utexas.edu>
Cc: Creswick, Timothy J <timcreswick@austin.utexas.edu>, Perez, Carolina
<carolina.perez@austin.utexas.edu>


Hi.

I don't think it is pure supposition. In February, when I asked for some more details about Dax' copyright infringement claims, Cameron told me that Dax was also complaining quite expressively to him about the relationship in question. Cameron told me he told Dax that it was all taken care of (assuming meaning mitigation plan) and that HR knew. Anyway, didn't want to involve Cameron but this is more than supposition.

And, of course, I have on LAITS video Dax talking extensively about the CARSON collaboration he claimed was a © infringement.

From:    "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
To:      "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
         "Ramón H. Rivera-Servera" <ramon.riveraservera@austin.utexas.edu>
Date:    4/12/2022 7:11:28 PM
Subject: FYI

Hi y'all,

Just a heads-up that Jack Stamps tagged us on Twitter linking to this Medium post.

https://medium.com/@jackwstamps/is-this-happening-at-your-university-1-sex-lies-and-ip-addresses-fbd3d4da100f

Thanks,

Alicia

Get Outlook for iOS

From: "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
To: "Newman, Michaela" <Michaela.Newman@austin.utexas.edu>
Date: 8/18/2023 3:47:34 PM
Subject: Re: so what did Jack post

Thank you!

**DOREEN LORENZO**
Assistant Dean, School of Design and Creative Technologies
College of Fine Arts
The University of Texas at Austin
designcreativetech.utexas.edu

---

**From:** Newman, Michaela <Michaela.Newman@austin.utexas.edu>
**Date:** Friday, August 18, 2023 at 3:44 PM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: so what did Jack post

Yes, he's blocked on Facebook & Instagram.

**MICHAELA NEWMAN**, Communications and Industry Relations Coordinator (she/her)
The University of Texas at Austin | School of Design and Creative Technologies
College of Fine Arts | designcreativetech.utexas.edu

Register for the Career City Limits Speaker Series

Book a career coaching session with me!

**From:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
**Date:** Friday, August 18, 2023 at 3:20 PM
**To:** "Newman, Michaela" <Michaela.Newman@austin.utexas.edu>
**Subject:** Re: so what did Jack post

He's blocked now on all our social?

**DOREEN LORENZO**
Assistant Dean, School of Design and Creative Technologies
College of Fine Arts
The University of Texas at Austin
designcreativetech.utexas.edu

---

**From:** Newman, Michaela <Michaela.Newman@austin.utexas.edu>
**Date:** Friday, August 18, 2023 at 3:03 PM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: so what did Jack post

Oh my bad! I'm sorry you have to do that.

He also commented on one of our posts about Grimes but he didn't name drop anyone… should I send you that as well?

**MICHAELA NEWMAN**, Communications and Industry Relations Coordinator (she/her)
The University of Texas at Austin | School of Design and Creative Technologies
College of Fine Arts | designcreativetech.utexas.edu

Register for the Career City Limits Speaker Series

[Book a career coaching session with me!](#)

---

**From:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
**Date:** Friday, August 18, 2023 at 3:00 PM
**To:** "Newman, Michaela" <Michaela.Newman@austin.utexas.edu>
**Subject:** Re: so what did Jack post

Wow…insanity rules his life. Just for the future, before you delete, take a screen shot and send it to me. I have to send it to the UT lawyers.

**DOREEN LORENZO**
Assistant Dean, School of Design and Creative Technologies
College of Fine Arts
The University of Texas at Austin
[designcreativetech.utexas.edu](#)

---

**From:** Newman, Michaela <Michaela.Newman@austin.utexas.edu>
**Date:** Friday, August 18, 2023 at 2:51 PM
**To:** Lorenzo, Doreen <doreen.lorenzo@austin.utexas.edu>
**Subject:** Re: so what did Jack post

I've since deleted it, but it was something like this:

"A half-baked idea created to support Doreen Lorenzo's continued $250k a year. No thorough faculty search means no faculty governance of curricula. It's snake oil. Trust me, I know."

He posted the same comment on our six most recent Facebook posts. I deleted them all and blocked him from our page.

**MICHAELA NEWMAN**, Communications and Industry Relations Coordinator (she/her)
The University of Texas at Austin | School of Design and Creative Technologies
College of Fine Arts | [designcreativetech.utexas.edu](#)

[Register for the Career City Limits Speaker Series](#)

[Book a career coaching session with me!](#)

---

**From:** "Lorenzo, Doreen" <doreen.lorenzo@austin.utexas.edu>
**Date:** Friday, August 18, 2023 at 2:36 PM
**To:** "Newman, Michaela" <Michaela.Newman@austin.utexas.edu>
**Subject:** so what did Jack post

Curious minds are dying to know…

**DOREEN LORENZO**
Assistant Dean, School of Design and Creative Technologies
College of Fine Arts
The University of Texas at Austin
[designcreativetech.utexas.edu](#)

From: "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
To: "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
Date: 3/11/2025 3:09:21 PM
Subject: Fw: CAET on FB

**ALICIA DIETRICH** *(she/her/hers)* | Director of Communications
The University of Texas at Austin | College of Fine Arts | o: 512-475-7033 | c: ▇▇▇▇▇▇ | finearts.utexas.edu

---

**From:** Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu>
**Sent:** Tuesday, September 8, 2015 8:12 AM
**To:** Stamps, Jack <jstamps@austin.utexas.edu>
**Subject:** Re: CAET on FB

Sure. I have to duck out around 1:45 for a meeting across campus, but I should be around otherwise.

See you then,

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ▇▇▇▇▇▇

---

**From:** Stamps, Jack
**Sent:** Tuesday, September 08, 2015 7:19 AM
**To:** Dietrich, Alicia M
**Subject:** Re: CAET on FB

Hi again. I am noticing that I am meeting Bruce and Cameron at 12:30 today. I thought it was tomorrow but I guess I was wrong. We will be in Bruce's office and I can come find you after we meet, if that works. otherwise, maybe we can meet tomorrow.

Jack

---

**From:** Dietrich, Alicia M
**Sent:** Monday, September 7, 2015 11:57 AM
**To:** Stamps, Jack
**Subject:** Re: CAET on FB

Doty is the building with the dean's office and the Fine Arts Library, just west of (and connected to) Bass Concert Hall. There is a cluster of tables at the ground level outside the building.

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin

alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ██████████

---

**From:** Stamps, Jack
**Sent:** Monday, September 07, 2015 11:54 AM
**To:** Dietrich, Alicia M
**Subject:** Re: CAET on FB

Hi again,

Sure. I'm not sure what Doty is. I can figure it out. I will be in the School of Music for my class before that. Lunch could work as well.

---

**From:** Dietrich, Alicia M
**Sent:** Monday, September 7, 2015 11:30 AM
**To:** Stamps, Jack
**Subject:** Re: CAET on FB

Doh! Yes, I understand now. I can meet at 12:30. Where would you like to chat? There are those outdoor tables on the west side of Doty (just outside the area with student affairs and career services). Would that work for you?

Or, if your class is elsewhere on campus, I can meet you midway. Just letme know what works for you.

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ██████████

---

**From:** Stamps, Jack
**Sent:** Monday, September 07, 2015 11:26 AM
**To:** Dietrich, Alicia M; Christopher Montes; Weed, Cameron M
**Cc:** Pennycook, Bruce W
**Subject:** Re: CAET on FB

I'm sorry. I wasn't clear. I teach AET 305 right after AET 304 and then available to chat at 12:30. AET 304 meets at 9:30. Just FYI. You'll be sitting in 304, no?

I look forward to sharing the content with you two.
JS

---

**From:** Dietrich, Alicia M
**Sent:** Monday, September 7, 2015 11:21 AM
**To:** Stamps, Jack; Christopher Montes; Weed, Cameron M
**Cc:** Pennycook, Bruce W
**Subject:** Re: CAET on FB

Sure, happy to chat after class tomorrow--Chris and I were planning on sitting in your class already to get a feel

for the content, and I'll stick around to talk afterward.

Thanks!

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ███████████

---

**From:** Stamps, Jack
**Sent:** Monday, September 07, 2015 11:19 AM
**To:** Dietrich, Alicia M; Christopher Montes; Weed, Cameron M
**Cc:** Pennycook, Bruce W; Thayer, Rose L
**Subject:** Re: CAET on FB

Hi Alicia,

I could meet briefly after class tomorrow, at 12:30. I will also be back on campus Wednesday to conduct a seminar in the BSOM at 3:30 and could meet just before that.

Otherwise, a phone call could work Wednesday, 9am-1pm.

I look forward to discussion. If you are on FB, maybe we should connect there and I could give you (and anyone else) admin privileges for the CAET page.

Regards,
Jack

---

**From:** Dietrich, Alicia M
**Sent:** Monday, September 7, 2015 10:56 AM
**To:** Stamps, Jack; Christopher Montes; Weed, Cameron M
**Cc:** Pennycook, Bruce W; Thayer, Rose L
**Subject:** Re: CAET on FB

Hi Jack,

Do you have some time to meet while you're on campus this week, or time to chat via phone? Content strategy is complicated enough that it would be easier to talk out than hash out over email.

Best,

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ███████████

**From:** Stamps, Jack
**Sent:** Friday, September 04, 2015 3:47 PM
**To:** Dietrich, Alicia M; Christopher Montes; Weed, Cameron M
**Cc:** Pennycook, Bruce W
**Subject:** CAET on FB

Hi all.

I created a CAET FB page. I made it through my account but I have not published/posted/promoted it yet. What is the best way to proceed in terms of filling this with content, having the content sent through the messaging/branding vetting and getting it  up and going?

Here is  the link:

https://www.facebook.com/utcaet

---

## Center For Arts and Entertainment Technologies - CAET | Facebook

CAET is a multi-purpose research and educational program dedicated to technology and content...

Read more...

---

I am not sure if you need to friend me in order to give any of you editing privileges for the page. If you do, I am found here: https://www.facebook.com/jackwstamps

Please share your thoughts on next steps.

Jack

| From: | "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu> |
|---|---|
| To: | "Creswick, Timothy J" <timcreswick@austin.utexas.edu> |
| Date: | 3/11/2025 3:09:29 PM |
| Subject: | Fw: FB |
| Attachments: | Social Media Strategy for CAET.docx |

**ALICIA DIETRICH** *(she/her/hers)* | Director of Communications
The University of Texas at Austin | College of Fine Arts | o: 512-475-7033 | c: ███████ | finearts.utexas.edu

**From:** Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu>
**Sent:** Wednesday, August 19, 2015 11:23 AM
**To:** Stamps, Jack <jstamps@austin.utexas.edu>
**Subject:** Re: FB

Hi Jack,

You're going to want to set up a Page on there for CAET. As the person setting it up, you'll be an administrator for the page, and it will be linked to your personal account (unless FB has changed their policy on this in recent years?)

You can add other administrators, and if you want to add me as an additional admin, my FB account is linked to this email address: aliciadietrich@mail.utexas.edu

Happy to chat further if you'd like, and do let me know when you're in Austin again, if you'd like to chat about content strategy. I'm attaching a doc that I brainstormed last week about questions that we should consider for CAET social media strategy that should be a good starting point for discussion.

Best,

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ███████

**From:** Stamps, Jack
**Sent:** Tuesday, August 18, 2015 8:03 PM
**To:** Dietrich, Alicia M
**Subject:** FB

Hi again,

Bruce tasked me with getting a Facebook presence going for CAET by the end of the week. While I use FB myself, for a variety of different personal things, I do not know how to set up a profile for it that does not link directly to me.

I figured since your office deals with this kind of thing, maybe you could give me some direction, get

something going for me or perhaps take on the task itself. What are your thoughts on this?

Cheers,
Jack

# Social Media Strategy for CAET

**What do you want these channels to do?**
-Showcase student work?
-Share news from CAET?
-Share info from other sources? ("News you can use")


**Who is the audience?**
-Current students?
-Prospective students?
-Parents of prospective students?
-Industry partners?
-Faculty?
-UT administration?


**Who are your peers? What are they doing?**
-Look at department channels
-Look at peer channels


**What is the content?**

**Who's creating the content?**

**What metrics do you want to track? How will you track metrics?**
-FB analytics
-Shortcut links to track clickthroughs
-Video views
-Engagement levels (retweets, favorites, likes, shares)


**How will your content strategy differ across platforms? How can you optimize content on different channels?**


**How will you attract an audience?**
-Promote presence on CAET, COFA site
-Ask departments to consider sharing content on their channels when appropriate
-How can you use your metadata and hastags to make your content more searchable/findable

**Tools to make your life easier**
Hootsuite (allows you to schedule Twitter/FB/Instagram)

Can use Google Analytics to create shortcuts to track click source more accurately

| From: | "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu> |
|---|---|
| To: | "Creswick, Timothy J" <timcreswick@austin.utexas.edu> |
| Date: | 3/11/2025 3:09:14 PM |
| Subject: | Fw: Promo! |

**ALICIA DIETRICH** *(she/her/hers)* | Director of Communications
The University of Texas at Austin | College of Fine Arts | o: 512-475-7033 | c: ███████ | finearts.utexas.edu

---

**From:** Stamps, Jack <jstamps@austin.utexas.edu>
**Sent:** Thursday, September 22, 2016 6:45 PM
**To:** Pennycook, Bruce W <bpennycook@austin.utexas.edu>; Harmony Jiroudek ████████████████
Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu>
**Cc:** Joe Thel ███████████; Weed, Cameron M <cweed@austin.utexas.edu>; Thayer, Rose L
<rose.thayer@austin.utexas.edu>
**Subject:** Re: Promo!

Bravo. Great work everyone.
Cheers,
Jack

---

**From:** "Pennycook, Bruce W <bpennycook@austin.utexas.edu>
**Date:** Thursday, September 22, 2016 at 4:58 PM
**To:** Harmony Jiroudek ████████████████ "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
**Cc:** Jack <jstamps@austin.utexas.edu>, Joe Thel █████████████, "Weed, Cameron M"
<cweed@austin.utexas.edu>, "Thayer, Rose L" <rose.thayer@austin.utexas.edu>
**Subject:** Re: Promo!

Yes – truly excellent Alicia!  Very "Pro"!

---

**From:** Harmony Jiroudek ████████████████
**Date:** Thursday, September 22, 2016 at 4:53 PM
**To:** "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
**Cc:** Bruce Pennycook <bpennycook@austin.utexas.edu>, "Stamps, Jack" <jstamps@austin.utexas.edu>, Joe
Thel ████████████████, Cameron Weed <cweed@austin.utexas.edu>, "Thayer, Rose L"
<rose.thayer@austin.utexas.edu>
**Subject:** Re: Promo!

Many thanks, Alicia! This looks great. Very exciting.

On Thu, Sep 22, 2016 at 2:49 PM, Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu> wrote:
> Great! The story is now live on the COFA website as well. We'll share on social media channels tomorrow.
>
> Alicia Dietrich
> Director of Public Affairs
> College of Fine Arts
> The University of Texas at Austin
> alicia.dietrich@austin.utexas.edu
> O: (512) 475-7033
> C: ███████████
>
> ---
>
> **From:** Harmony Jiroudek ████████████████
> **Sent:** Thursday, September 22, 2016 3:41 PM

**To:** Dietrich, Alicia M
**Cc:** Stamps, Jack; Joe Thel; Weed, Cameron M
**Subject:** Re: Promo!

Yes! Ready to go. Thank you!

On Thu, Sep 22, 2016 at 1:23 PM, Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu> wrote:
> Hi Harmony,
>
> Looks like the college credit part has been added to the class listing. We're ok to post, yes?
>
> Thanks so much,
>
> Alicia
>
> Alicia Dietrich
> Director of Public Affairs
> College of Fine Arts
> The University of Texas at Austin
> alicia.dietrich@austin.utexas.edu
> O: (512) 475-7033
> C: ██████████

---

**From:** Harmony Jiroudek ██████████
**Sent:** Monday, September 19, 2016 11:24 PM
**To:** Dietrich, Alicia M
**Cc:** Stamps, Jack; Joe Thel; Weed, Cameron M
**Subject:** Re: Promo!

Excellent, let's plan to wait until students can sign up for credit. We will have that updated to our site on Wednesday.

On Mon, Sep 19, 2016 at 7:33 PM, Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu> wrote:
> Excellent--thank you! I'm about to share with Bruce, and once he signs off, we're ready to share on our site this week.
>
> Do you want us to wait to post until after Wednesday, when students can sign up for course?
>
> Alicia Dietrich
> Director of Public Affairs
> College of Fine Arts
> The University of Texas at Austin
> alicia.dietrich@austin.utexas.edu
> O: (512) 475-7033
> C: ██████████

---

**From:** Harmony Jiroudek ██████████
**Sent:** Monday, September 19, 2016 11:55 AM
**To:** Dietrich, Alicia M
**Cc:** Stamps, Jack; Joe Thel; Weed, Cameron M
**Subject:** Re: Promo!

> Hi Alicia,
>
> Yes, the course is credit eligible (the cost for a student would be $900 since this is a 3 unit course). We had to fix an issue with the sign up process on this course, which our web team is working on and we

are hoping to have fixed by this Wednesday (meaning students could start signing up for credit then).

Please let me know if you have any other questions.

All the best,

On Mon, Sep 19, 2016 at 7:52 AM, Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu> wrote:
Thanks, y'all. I've incorporated your edits into the main document.

Joe or Harmony, can one of you please confirm that this class is college credit-eligible? I recall it had a price for college credit on that page when I was on there last week, but in the price section, it now only lists the free and premium options.

Also, can you confirm the full cost of the class is $300?

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ███████████

---

**From:** Stamps, Jack
**Sent:** Friday, September 16, 2016 4:40 PM
**To:** Joe Thel; Harmony Jiroudek

**Cc:** Weed, Cameron M; Dietrich, Alicia M
**Subject:** Re: Promo!

So this is the new copy, copied/pasted from the Kadenze page? Thanks for your help, Joe.

*This course explores the primary entertainment vehicles that students are exposed to on a daily basis through a series of interlinking concepts such as the digital audio workstation, a Kraftwerk 3D concert, interactive toys, robotics in art, 3D projection mapping, Pokémon Go! and much more.*
*This examination is supported by a critical evaluation of the various kinds of technologies that have emerged along the continuum of entertainment technology.*
*How have these technologies shaped and even created new art forms? How have these transformations informed styles and genres across theater, recording music, feature films, integrated media events, game play from consoles to hand-helds and the explosion of commercially accessible virtual and augmented realities?*
*Information will be synthesized through an understanding that the common thread has been the ever-expanding role of computing technologies in all forms of commercial and popular art.*

**From:** Joe Thel ███████████
**Date:** Friday, September 16, 2016 at 4:27 PM
**To:** Harmony Jiroudek ███████████
**Cc:** Jack <jstamps@austin.utexas.edu>, "Weed, Cameron M" <cweed@austin.utexas.edu>, "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
**Subject:** Re: Promo!

Hi all,

Made a couple tweaks for flow etc., also fixed up the Kadenze details to reflect our offerings more clearly. Looks great!

On Fri, Sep 16, 2016 at 9:20 AM, Harmony Jiroudek ███████████████ wrote:
Many thanks, All! This looks great. Jack, I like what you did with the course description - nice!

I am cc'ing our lead writer/copy editor for Kadneze, Joe Thel. I would like to have him review if possible and then we'll get back right away.

On Fri, Sep 16, 2016 at 7:09 AM, Stamps, Jack <jstamps@austin.utexas.edu> wrote:
Ok. I just knocked it out just now. And, updated the course description on the Kadenze page. The new course description is:

*This course explores the primary entertainment vehicles that students are exposed to on a daily basis through a series of interlinking concepts such as the digital audio workstation, a Kraftwerk 3D concert, interactive toys, robotics in art, 3D projection mapping, Pokémon Go! and much more. This examination is supported by a critical evaluation of the various kinds of technologies that have emerged along the continuum of entertainment technology. How have these technologies shaped and even created new art forms? How have these transformations informed styles and genres across theater, recording music, feature films, integrated media events, game play from consoles to hand-helds and the explosion of commercially accessible virtual and augmented realities? Information will be synthesized through an understanding that the common thread has been the ever-expanding role of computing technologies in all forms of commercial and popular art.*

BOOM!

**From:** "Weed, Cameron M" <cweed@austin.utexas.edu>
**Date:** Friday, September 16, 2016 at 8:38 AM
**To:** "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
**Cc:** Harmony Jiroudek ███████████████ Jack <jstamps@austin.utexas.edu>
**Subject:** Re: Promo!

Hello Alicia,

Will do!

Sincerely,

Cameron M. Weed
Program Coordinator
CAET & GAMMA
The University of Texas at Austin
(512) 475-6602

CAET: Website | Twitter | Facebook
GAMMA: Website | Twitter | Facebook

**From:** "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
**Date:** Friday, September 16, 2016 at 8:36 AM
**To:** Harmony Jiroudek ███████████████, "Stamps, Jack" <jstamps@austin.utexas.edu>, Cameron Weed <cweed@austin.utexas.edu>
**Subject:** Re: Promo!

Hi y'all,

I'm attaching a draft of a web story about the partnership. Could I trouble you to review?

Once you sign off, I'll run it by Bruce for final approval.

Cameron, once it's finalized, could I trouble you to post on CAET newsfeed? I'll post on COFA newsfeed, and we'll get it scheduled out on COFA/CAET social channels next week.

Thanks,

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ████████████

---

**From:** Harmony Jiroudek ████████████████
**Sent:** Wednesday, September 14, 2016 4:46 PM
**To:** Dietrich, Alicia M
**Cc:** Stamps, Jack; Weed, Cameron M
**Subject:** Re: Promo!

Many thanks, Alicia!

On Wed, Sep 14, 2016 at 2:27 PM, Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu>
wrote:
> Thanks, y'all! The video looks really great--thrilled to see that you were able to use so
> much of our existing B-roll!
>
> These links are super helpful. Let me digest and pull some copy together. My day is light
> on meetings tomorrow, so let me try to draft up some copy for you to review by end-of-
> day.
>
> Jack, would you like to send me a quote for the piece? Maybe something about the value
> of creating an online course so your class reaches more students?
>
> Also, I spoke with Donna this afternoon about logo animation, and she said they'll
> discuss it at their Monday team meeting and set some deadlines for it then. I should have
> an update for you re: ETA after she meets with her team. (
>
> Best,
>
> Alicia
>
> Alicia Dietrich
> Director of Public Affairs
> College of Fine Arts
> The University of Texas at Austin
> alicia.dietrich@austin.utexas.edu
> O: (512) 475-7033
> C: ████████████

---

**From:** Harmony Jiroudek < ████████████████
**Sent:** Wednesday, September 14, 2016 4:22 PM
**To:** Stamps, Jack
**Cc:** Weed, Cameron M; Dietrich, Alicia M
**Subject:** Re: Promo!

Thanks, Jack for connecting us all!

Our facebook post is not a paid advertisement, our social media manager just schedules
everything for our FB page. We are open to whatever Alicia and Cameron would like to
do on your end. I see that Jack just sent a link to the course. Here is some basic copy on
Kadenze:

Kadenze brings together educators, artists, and engineers from leading universities across the globe to provide world-class education in the fields of art and creative technology.

Also, here is a link to our press page if that is helpful.

Let me know if you need anything else.

All the best,

On Wed, Sep 14, 2016 at 2:09 PM, Stamps, Jack <jstamps@austin.utexas.edu> wrote:

> Hi Harmony,
>
> That all sounds amazing. I am copying Alicia (who you have already corresponded with in the past) and Cameron Weed, Program Coordinator for the CAET. They are both pretty active with the social media aspects of the CAET. I'd like their thoughts as well.
>
> Seems to me that the best way to go would be to wait until the Kadenze Facebook advertisement goes out, we can then 'share' that to the CAET FB site. Or is it a paid advert on your end? Or perhaps a post of the promo + a post of the course site to the CAET FB page.
>
> JS
>
> ---
>
> **From:** Harmony Jiroudek ██████████████████
> **Date:** Wednesday, September 14, 2016 at 3:58 PM
> **To:** Jack <jstamps@austin.utexas.edu>
> **Subject:** Promo!
>
> Hi Jack,
>
> Ok - promo is uploaded to Kadenze with closed captions. Our social media manager informed me that our facebook advertisement for this course will be going out tonight. It's also now up on our public vimeo and youtube pages. We are a go!
>
> Let me know if you have any questions. It would be great if we could also coordinate an announcement from the CAET program. Thoughts?
>
> Thanks,
> --
>
>
> Harmony Jiroudek
> Director of Academic Relations
> Instructional Designer & Producer
> ██████████████████
>
> **Kadenze, Inc.** Office: (661) 367-1361
> 27200 Tourney Rd / Ste. 350 / Valencia, CA 91355
>
> Kadenze & Kannu are trademarks of Kadenze, Inc.

--


Harmony Jiroudek
Director of Academic Relations
Instructional Designer & Producer
██████████████████

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Harmony Jiroudek**
Director of Academic Relations
Instructional Designer & Producer

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Harmony Jiroudek**
Director of Academic Relations
Instructional Designer & Producer

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Joseph Thel**
Sales and Customer Relations

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Harmony Jiroudek**
Director of Academic Relations
Instructional Designer & Producer

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Harmony Jiroudek**
Director of Academic Relations
Instructional Designer & Producer

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Harmony Jiroudek**
Director of Academic Relations
Instructional Designer & Producer

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

--

**Harmony Jiroudek**
Director of Academic Relations
Instructional Designer & Producer

**Kadenze, Inc.** Office: (661) 367-1361
27200 Tourney Rd / Ste. 350 / Valencia, CA 91355

Kadenze & Kannu are trademarks of Kadenze, Inc.

From: "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
To: "Creswick, Timothy J" <timcreswick@austin.utexas.edu>
Date: 3/11/2025 3:09:34 PM
Subject: Fw: vimeo account, social media

**ALICIA DIETRICH** *(she/her/hers)* | Director of Communications
The University of Texas at Austin | College of Fine Arts | o: 512-475-7033 | c: ███████ | finearts.utexas.edu

**From:** Stamps, Jack <jstamps@austin.utexas.edu>
**Sent:** Friday, August 14, 2015 9:13 AM
**To:** Dietrich, Alicia M <alicia.dietrich@austin.utexas.edu>; Pennycook, Bruce W <bpennycook@austin.utexas.edu>
**Subject:** Re: vimeo account, social media

I agree. Let's meet early next week and discuss.

**From:** Dietrich, Alicia M
**Sent:** Friday, August 14, 2015 9:10 AM
**To:** Pennycook, Bruce W; Stamps, Jack
**Subject:** Re: vimeo account, social media

Y'all can move forward with Vimeo account now, if you'd like. Frankly, I'm much more concerned about strategy for FB/Twitter/Tumblr channels.

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ███████

**From:** Pennycook, Bruce W
**Sent:** Friday, August 14, 2015 9:08 AM
**To:** Dietrich, Alicia M; Stamps, Jack
**Subject:** Re: vimeo account, social media

That sounds great – but we need something in place before Aug. 21.
Bruce

**From:** "Dietrich, Alicia M" <alicia.dietrich@austin.utexas.edu>
**Date:** Friday, August 14, 2015 at 9:05 AM
**To:** "Stamps, Jack" <jstamps@austin.utexas.edu>
**Cc:** Bruce Pennycook <bpennycook@austin.utexas.edu>
**Subject:** Re: vimeo account, social media

Hi Jack,

Sure, let's chat about social media strategy--probably easier to hash out in person vs. over email. My calendar

is open in the afternoon on Monday/Wednesday/Thursday next week. Let me know if any of those windows work with your schedule, and if not, let me know when you are free, and we'll work something out.

Thanks!

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ▮▮▮▮▮▮▮▮

---

**From:** Stamps, Jack
**Sent:** Friday, August 14, 2015 8:58 AM
**To:** Dietrich, Alicia M; Pennycook, Bruce W
**Cc:** Lomax, Sondra; Dempster, Douglas J
**Subject:** Re: vimeo account, social media

Hi.

I was just composing a message to Bruce along these lines. As I have been tasked by Bruce to establish social media outlets for the CAET, perhaps my role should be adjusted to "consultant" to Alicia's office in this regard?

While I am happy to dig in and do whatever I can on these fronts, my initial look at Facebook this morning was generating tons of questions, many of which are either answered or referenced in this message from Alicia. Messaging, audience, strategy -- I have impassioned views on all of this but I think my role here will serve the CAET best in collaboration with Alicia's team.

Thoughts?

While I have the attention of this particular audience, I'd like to suggest thinking about a larger-form mini-film, in the style of the CAET course trailers, that focuses on the CAET as a whole. ~5 minutes. Something for 2016-17.

Regards,

JACK W STAMPS, DMA.  Lecturer and Program Coordinator
**The Center for Arts and Entertainment Technologies**
**The University of Texas at Austin** | College of Fine Arts | 210-849-5347 (cell)
caet.finearts.utexas.edu | www.jackwstamps.com | www.mcdebris.com

---

**From:** Dietrich, Alicia M
**Sent:** Friday, August 14, 2015 8:40 AM
**To:** Stamps, Jack; Pennycook, Bruce W
**Cc:** Lomax, Sondra; Dempster, Douglas J
**Subject:** Re: vimeo account, social media

Hi all,

I chatted with Sarah Snowe about YouTube and Vimeo yesterday, and YouTube is better on the accessibility

front. So, I'd recommend creating a presence on both channels.

I don't have a problem with y'all setting up a Facebook/Twitter/Tumblr accounts, but we should probably talk about social media strategy and what your objectives are before you launch those channels. We should talk about who's creating content, who your audience is, what your messaging would be, how frequently you plan to post, how you're tracking metrics and using those to inform content creation, etc. I'm happy to advise on this front.

On the logo front, this is part of the larger branding iniative, which my office will lead. I expect that we can make this happen this fall, but it's not going to happen before the start of classes. The logo will be an important part of the branding strategy, and I'll be in touch soon about next steps.

Thanks,

Alicia

Alicia Dietrich
Director of Public Affairs
College of Fine Arts
The University of Texas at Austin
alicia.dietrich@austin.utexas.edu
O: (512) 475-7033
C: ███████████

---

**From:** Stamps, Jack
**Sent:** Friday, August 14, 2015 8:07 AM
**To:** Pennycook, Bruce W; Dietrich, Alicia M
**Cc:** Lomax, Sondra; Dempster, Douglas J
**Subject:** Re: vimeo account, social media

Hello all,

Just to chime in a bit.

Vimeo is preferable as a place to think of as a repository for all of our film output -- even student works. So, I think the purchase of a Vimeo prime account is smart. YouTube is inevitable and I will set-up a YouTube presence as well. But I don't plan on embedding video in other places like Facebook directly from YouTube.

All of this points to one very important component that we do not have yet: a CAET logo.

If there is an entity at UT (marketing, etc) that I need to go through to get all of this going, I am happy to.

Yeah. Time is of the essence. But the last 3 weeks have been extremely fruitful to the development of the core 'feel' of the CAET. Very important work. The social media elements will fall nicely in place.

Happy Friday,
Jack

---

**From:** Pennycook, Bruce W
**Sent:** Friday, August 14, 2015 6:02 AM
**To:** Dietrich, Alicia M; Stamps, Jack
**Cc:** Lomax, Sondra; Dempster, Douglas J
**Subject:** vimeo account, social media

Hi Alicia

The trailers need to be on-line and embedded into at least the CAET website before Aug. 21.
Jack is charged with also opening and maintaining some social media sites – fb, tumblr, others??

For all of this to happen before the deadline, we will need some input from you as to exactly what all this looks like.
We will also need the CAET channel in vimeo. (uploads are limited by week except in vimeo pro)

Do you want me to create and purchase the vimeo channel?

How are other UT centers or departments depicted on social media? Is there a protocol we need to follow?

Due to the rather tight timeline here, we will need all this information on or before: Wed Aug 19 to give Jack time to create the sites and do the uploads.

Thanks
Bruce

BRUCE PENNYCOOK, DMA.  Director,
**The Center for Arts and Entertainment Technologies**
**The University of Texas at Austin** | College of Fine Arts | 512.466-1840 (cell)
caet.finearts.utexas.edu |pennycook.music.utexas.edu | brucepennycook.com



### Jack W Stamps

Facebook
You're not friends on Facebook
6 mutual friends including Jerry Junkin and John Turci-Escobar

Jun 21, 2021, 9:59 AM

Hi Ramón,

Congratulations on your appointment. Really great fit. And timely. I also got my doctorate at UT. I taught in COFA for 5 years and am proud of what I was able to accomplish. I am a non-traditional academic who believes passionately in research as an essential component of the fine arts. My areas of research and output include music tech, multimedia, modern musical theater (I wrote a surround sound opera set in a western-themed steakhouse), modernist popular and commercial music styles and production. I have unwittingly become a sort of philosopher of console gaming. I'd love the opportunity to chat with you about my work, my experiences in COFA and my thoughts on creative technologies in academia. I wrote a short white paper about a year ago on the topic of creative tech at UT — a kind of blueprint for how things should fit together, within COFA and across the UT campus. I'm happy to share it with you. It is well-researched and draws input/essays from the over 3,000 students I had while teaching at UT.

On a personal note, I feel like I may know you from the art scene on San Antonio in the late 90s - mid 2000s. I was born and raised here in SA.

Salud!
Jack

Aug 15, 2021, 9:11 PM

Ramon. Can we Zoom soon?

#### Jack W Stamps

Media, files and links

Privacy & support

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2025, a true and correct copy of the foregoing
Notice of Newly Discovered Evidence in Support of Motion to Void Settlement
Agreement and attached Exhibit A was served via email upon the following
counsel of record:

William D. Wassdorf
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548 (MC-019)
Austin, Texas 78711-2548
Email: will.wassdorf@oag.texas.gov

/s/ Dr. Jack W. Stamps, Jr.
Pro Se Plaintiff